**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECCA GOLDEN BRASWELL,<br><br>        Petitioner,<br><br>    v.<br><br>D.K. JOHNSON, Warden,<br><br>        Respondent. | Case No. CV 12-6221-SVW (JPR)<br><br>**J U D G M E N T** |

As stated in the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 26, 2016

                                    STEPHEN V. WILSON
                                    U.S. DISTRICT JUDGE